TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
       Room 7516, Federal Building
       300 N. Los Angeles Street
       Los Angeles, California 90012
       T: 213.894.8561 | F: 213.894.7819
       Email: Karen.Paik@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT

July 1, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____KT____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATE OF CALIFORNIA, *ex rel.* **[UNDER SEAL]**,<br><br>                Plaintiff[s],<br><br>                v.<br><br>**[UNDER SEAL]**,<br><br>                Defendant[s]. | No. CV 21-03619-DMG (MARx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' AND THE STATE OF CALIFORNIA'S CONSENT; STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE] |

1  TRACY L. WILKISON
2  Acting United States Attorney
   DAVID M. HARRIS, AUSA
3  Chief, Civil Division
   DAVID K. BARRETT, AUSA
4  Chief, Civil Fraud Section
   ABRAHAM C. MELTZER, AUSA
5  Deputy Chief, Civil Fraud Section
   KAREN Y. PAIK (Cal. Bar No. 288851)
6  Assistant United States Attorney
        Room 7516, Federal Building
7       300 N. Los Angeles Street
        Los Angeles, California 90012
8       T: 213.894.8561 | F: 213.894.7819
        Email: Karen.Paik@usdoj.gov
9
   Attorneys for the United States of America
10
11              UNITED STATES DISTRICT COURT
12         FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA;      )  No. CV 21-03619-DMG (MARx)
14 AND THE STATE OF               )
   CALIFORNIA, *ex rel.* ANTHONY  )
15 INNABI,                        )  RELATOR'S REQUEST FOR
                                  )  DISMISSAL OF ACTION; UNITED
16            Plaintiffs,         )  STATES' AND CALIFORNIA'S
                                  )  CONSENT; STIPULATION RE
17            v.                  )  UNSEALING OF CASE
                                  )
18 JULIAN OMIDI; MIRALI ZARRABI   )
   SURGERY CENTER                 )  **[FILED UNDER SEAL PURSUANT**
19 MANAGEMENT, LLC;               )  **TO THE FALSE CLAIMS ACT, 31**
   INDEPENDENT MEDICAL            )  **U.S.C. §§ 3730(b)(2) AND (3)]**
20 SERVICES, INC.; 1 800 GET THIN,)
                                  )
21            Defendants.         )  [LODGED CONCURRENTLY
                                  )  UNDER SEAL: [PROPOSED]
22                                )  ORDER TO DISMISS ACTION AND
                                  )  TO UNSEAL CASE]
23                                )
24
25
26
27
28

## RELATOR'S REQUEST FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff Anthony Innabi ("Relator"), hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of its claims against the defendants in this action, including but not limited to, Relator's claims for reasonable attorney's fees, expenses and costs pursuant to the Federal False Claims Act (31 U.S.C. § 3730(d)) and the California False Claims Act (CFCA), Cal. Gov. Code §§ 12650-12656.

Dated: June 23, 2021                 BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

TIMOTHY LORANGER

Attorneys for Relator

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONSENTS OF THE UNITED STATES OF AMERICA
## AND THE STATE OF CALIFORNIA

Pursuant to 31 U.S.C. § 3730(b)(1) and California Government Code § 12652(c)(1), and in the interests of justice, the Attorney General of the United States of America ("United States") and the Attorney General of the State of California, through their undersigned attorneys, hereby consent to the dismissal of this action without prejudice as to the United States and to the State of California.

Respectfully submitted,

Dated: June 23, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section

_____
KAREN Y. PAIK
Assistant United States Attorney
Attorneys for the United States of America

Dated: June 23, 2021

ROB BONTA
Attorney General of California

_____
RANDY GLASER
Deputy Attorney General
California Department of Justice
Division of Medi-Cal Fraud and Elder Abuse
Attorneys for the State of California

2

1

### STIPULATION RE UNSEALING OF CASE

2      The United States, the State of California, and the Relator, through their

3  respective attorneys of record and subject to the approval of the Court, stipulate that, of

4  the papers filed or lodged to date with the Court in this action, the following

5  documents should be unsealed:

6      1.    The Relator's Complaint;

7      2.    The Relator's Request for Dismissal of Action; United States' and the

8  State of California's Consent; Stipulation re Unsealing of Case, and the accompanying

9  proposed Order.

10      The United States, the State of California, and the Relator further stipulate that

11  all other papers filed or lodged to date in this action should remain permanently under

12  seal because such papers were provided by law to the Court alone for the sole purpose

13  of discussing the content and extent of the United States' and the State of California's

14  investigation, and, thereby, evaluating whether the seal and time for making an

15  election to intervene should be extended.

16      A proposed order is lodged concurrently herewith.

17                                 Respectfully submitted,

18   Dated: June 23, 2021              TRACY L. WILKISON
                                       Acting United States Attorney
19                                     DAVID M. HARRIS, AUSA
                                       Chief, Civil Division
20                                     DAVID K. BARRETT, AUSA
                                       Chief, Civil Fraud Section
21                                     ABRAHAM C. MELTZER, AUSA
                                       Deputy Chief, Civil Fraud Section
22

23

24  _____
                                       KAREN Y. PAIK
25                                     Assistant United States Attorney
                                       Attorneys for the United States of America
26

27

28

3

1    Dated: June 23, 2021            ROB BONTA
2                                          Attorney General of California

3                                          RANDY GLASER
4                                          Deputy Attorney General
                                          California Department of Justice
5                                           Division of Medi-Cal Fraud and Elder Abuse
                                          Attorneys for the State of California
6

7    Dated: June 23, 2021            BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
8

9

10                                           TIMOTHY LORANGER

11                                           Attorneys for Relator

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE BY E-MAIL</u>

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 24, 2021, I served the RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT; STIPULATION RE UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing:  June 24, 2021.  Place of e-mailing:  Los Angeles, California. Person(s) and/or Entity(s) to whom e-mailed:

| | |
|---|---|
| MSchlein@BaumHedlunLaw.com<br>Mark Schlein<br>Baum Hedlund Aristei & Goldman, P.C.<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 | Randy.Glaser@doj.ca.gov<br>Randy Glaser<br>State of California<br>Office of the Attorney General, 1615 Murray Canyon Rd Ste 700<br>San Diego, CA 92108-4321 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2021, at Los Angeles, California.

CONNIE HOM

5