JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATE OF CALIFORNIA, *ex rel.* **[UNDER SEAL]**,<br><br>　　　　　Plaintiff[s],<br><br>　　　　　v.<br><br>**[UNDER SEAL]**,<br><br>　　　　　Defendant[s]. | No. CV 21-3619-DMG (MARx)<br><br>**ORDER TO DISMISS ACTION AND TO UNSEAL CASE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT; STIPULATION RE UNSEALING OF CASE] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; AND THE STATE OF CALIFORNIA, *ex rel*. ANTHONY INNABI,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>JULIAN OMIDI; MIRALI ZARRABI SURGERY CENTER MANAGEMENT, LLC; INDEPENDENT MEDICAL SERVICES, INC.; 1 800 GET THIN,<br><br>　　　　Defendants. | No. CV 21-3619-DMG (MARx)<br><br>**ORDER TO DISMISS ACTION AND TO UNSEAL CASE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT; STIPULATION RE UNSEALING OF CASE] |

*Qui tam* plaintiff Anthony Innabi (the "Relator") having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; the United States of America ("United States") and the State of California having consented, in the interests of justice, to such dismissal without prejudice; and the Relator, the United States, and the State of California having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS HEREBY ORDERED that:

1. This action is **DISMISSED** without prejudice.

2. The seal is **LIFTED** from this action in all respects, except as specified in Paragraph 4 below.

3. Of the documents filed and lodged to date in this action, the following documents only shall be **UNSEALED**:

   a. The Relator's Complaint;

   b. The Relator's Request for Dismissal of Action; United States' and State of California's Consent; Stipulation re Unsealing of Case; and

   c. This Order.

4. All other contents of the Court's file in this action, filed and lodged to date, shall remain under seal and shall not be made public or served upon any defendant or other party or person subject to further order of the Court.

DATED: July 1, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE